COA # 10-13-00170-CR

OFFENSE: Aggravated Sexual Assault

STYLE: Kelly Lee Dickey v. The State of Texas

COUNTY: Bosque

TRIAL COURT: 220th District Court

            Appellant's    MOTION

TRIAL COURT #: CR14750

FOR REHEARING IS: DENIED

TRIAL COURT JUDGE: Hon. Phil Robertson

DATE: September 24, 2014

DISPOSITION: AFFIRMED

JUDGE:

DATE: August 21, 2014

JUSTICE: Scoggins      PC    S  YES

PUBLISH:          DNP: YES

CLK RECORD: 11/18/2013 - 1 volume

SUPP CLK RECORD:

RPT RECORD:

SUPP RPT RECORD:

STATE BR: 2/7/2014

SUPP BR:

APP BR: 1/6/2014

PRO SE BR:

# IN THE COURT OF CRIMINAL APPEALS

## CCA # _____

APPELLANT'S Petition

Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

REFUSED

JUDGE: _____

DATE: 02/04/2015

SIGNED: _____   PC: _____

JUDGE: _Per Curiam_

PUBLISH: _____   DNP: _____

_____ MOTION FOR REHEARING IN

MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____

_____ ON _____

JUDGE: _____

JUDGE: _____